901 A.2d 950

IN THE MATTER OF JOSEPH J. HALDUSIEWICZ, AN
ATTORNEY AT LAW (ATTORNEY NO. 019201983).

July 25, 2006.

## ORDER

This matter having been duly presented to the Court, it is
ORDERED that **JOSEPH J. HALDUSIEWICZ** of **JERSEY
CITY,** who was admitted to the bar of this State in 1983, and who
was suspended from the practice of law for a period of six months
effective December 1, 2005, by Order of this Court filed November
4, 2005, be restored to the practice of law, effective immediately.